UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TRANSFER OF OFFENDERS Pursuant to 18 U.S.C. § 4100, et seq., <br><br> UNITED STATES OF AMERICA, <br><br>              Plaintiff, <br><br> vs. <br><br> RODRIGO BORGES-DAMASO, <br><br>              Defendant. <br> _____ / | 1:22-MJ-143 SKO <br><br><br> **ORDER** |

    Pursuant to 28 U.S.C. § 636(g), the Honorable Sheila K. Oberto, a United States Magistrate Judge for the Eastern District of California, Fresno Division, is assigned to perform the verification proceedings as required by 18 U.S.C. § 4108 commencing on or about October 4, 2022, in Fresno, California, relating to the proposed transfer of offender from the United States of America to Brazil, and is also authorized to assign counsel for said offender as provided in 18 U.S.C. § 4109.

    IT IS SO ORDERED.

    Entered this 30th day of September 2022, at Fresno, CA.

_____
Troy L. Nunley,
Acting Chief United States District Judge